**Crowell**

**Laura Schwartz**
LSchwartz@crowell.com
(213) 443-5581 direct

Crowell & Moring LLP
515 South Flower Street
41st Floor
Los Angeles, CA 90071
+1.213.622.4750 main
+1.213.622.2690 fax

January 7, 2026

**VIA ECF**

SO ORDERED
s/James B. Clark
James B. Clark, U.S.M.J.
Date: 1/8/2026

Hon. Katharine S. Hayden
USDC - District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    *East Coast Aesthetic Surgery NJ v. Horizon Blue Cross Blue Shield of New Jersey*
       Case No. 2:25-cv-15874-KSH-JBC

Dear Judge Hayden:

This firm represents Defendant Horizon Blue Cross Blue Shield of New Jersey ("Horizon") in the above-captioned action. We submit this letter to respectfully request, with the consent of Plaintiff East Coast Aesthetic Surgery NJ ("Plaintiff"), an extension of time for Horizon to file its responsive pleading, to February 16, 2026.

Horizon's response to the Complaint is due on January 8, 2026. The requested extension is warranted because Plaintiff has indicated that it intends to file an Amended Complaint asserting two new causes of action. Responding to the Amended Complaint, rather than to the original, will allow Horizon to address Plaintiff's most current and complete set of allegations. We believe this approach promotes efficiency, as it avoids unnecessary motions or responsive pleadings that would become moot upon the filing of Plaintiff's Amended Complaint. Moreover, responding to the updated pleading ensures that the newly asserted causes of action are considered in a single, comprehensive response, reducing confusion and the likelihood of duplicative court filings. Granting the extension will thus conserve judicial resources and minimize the burden on both the parties and the Court.

We therefore respectfully request, with Plaintiff's consent, that the deadlines for Plaintiff's Amended Complaint be set for January 26, 2026, Horizon's Renewed Motion to Dismiss be set for February 16, 2026, Plaintiff's Opposition to Horizon's Renewed Motion to Dismiss be set for March 2, 2026, and Horizon's Reply in Support of its Renewed Motion to Dismiss and any opposition to potential cross-motions be set for March 16, 2026.

We have conferred with Plaintiff's counsel, who consents to the extension sought and briefing schedule proposed herein.

Thank you for the Court's time and attention to this matter. Should Your Honor have any questions, please do not hesitate to contact us.

**C Crowell**

Sincerely,

Laura Schwartz

cc:    All counsel of record (via ECF)